Exhibit 2 Email w/ IA Complaint to Interim Chief Taylor w/ follow up email
3 pages No reply to either

Gmail

Georgia Bear <thefourbears@gmail.com>

## Formal Internal Affairs Complaint – Request for Review

2 messages

**Georgia Bear** <thefourbears@gmail.com> Tue, Feb 10, 2026 at 11:14 AM
To: wtaylor@cityofdelcity.org
Cc: chiefpd@cityofdelcity.org
Bcc: Georgia Bear <thefourbears@gmail.com>

Chief Taylor,

I am submitting the attached document as a formal complaint regarding the response and investigative actions taken by members of the Del City Police Department in connection with two related incidents that occurred on November 26, 2024. The attached complaint outlines concerns involving statutory requirements under 22 O.S. §60.16(B)(1)–(2), DCPD Policy 311, evidence handling, investigative omissions, and the management of two parallel cases involving the same individuals.

The complaint is based entirely on official police reports, body-worn camera footage, CAD/RMS logs, and discovery materials. No new information has been introduced. I respectfully request that this matter be reviewed by the Internal Affairs Bureau for compliance with Oklahoma law, departmental policy, and CLEET investigative standards.

Please confirm receipt of this complaint and provide the Internal Affairs case or reference number associated with it. For scheduling and accessibility reasons, email or text message is the best way to reach me.

Thank you for your time and attention to this matter. I look forward to your acknowledgement and to being informed of the next steps in the review process.

Respectfully Submitted,

Georgia Bear

thefourbears@gmail.com

**DCPD INTERNAL AFFAIRS COMPLAINT.pdf**
152K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Tue, Feb 10, 2026 at 11:15 AM
To: thefourbears@gmail.com

## Address not found

Your message wasn't delivered to **chiefpd@cityofdelcity.org** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**
⚠ *This link will take you to a third-party site*

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [BL02EPF00021F6E.namprd02.prod.outlook.com 2026-02-10T17:15:06.722Z 08DE681EBB476000]

Final-Recipient: rfc822; chiefpd@cityofdelcity.org
Action: failed
Status: 5.4.1
Remote-MTA: dns; cityofdelcity-org.mail.protection.outlook.com.
(2a01:111:f403:f901::1, the server for the domain cityofdelcity.org.)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [BL02EPF00021F6E.namprd02.prod.outlook.com 2026-02-10T17:15:06.722Z 08DE681EBB476000]
Last-Attempt-Date: Tue, 10 Feb 2026 09:15:06 -0800 (PST)

**noname**
4K

Gmail

Georgia Bear <thefourbears@gmail.com>

**Internal Affairs Complaint Submitted February 10,2026 Follow Up**

1 message

**Georgia Bear** <thefourbears@gmail.com> Thu, Feb 19, 2026 at 10:38 PM
To: "wtaylor@cityofdelcity.org" <wtaylor@cityofdelcity.org>

Chief Taylor,

I am following up on the Internal Affairs complaint I submitted on February 10, 2026. Please confirm that it has been received and entered into the Internal Affairs review process, and provide the assigned case or reference number.

Thank you,

Georgia Bear

thefourbears@gmail.com